ROBERT HOGG, Respondent, v. WILLIAM ALLEN et al., Defendants, and CITY OF WHITE PLAINS, Appellant. (Action No. 1.) ROBERT HOGG, Respondent, v. WILLIAM ALLEN et al., Defendants, and CITY OF WHITE PLAINS, Appellant. (Action No. 2.) — In an action to recover damages for alleged unlawful possession of real property, order of the County Court, Westchester County, consolidating actions, eliminating the name of a defendant, and striking out as sham two affirmative defenses set forth in the answer of the defendant City of White Plains, affirmed, without costs. No opinion. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

■

In the Matter of JERRY LYNCH, Petitioner, against A. ALFRED COHEN, as Superintendent of New York State Training School for Boys, et al., Respondents.— Proceeding under article 78 of the Civil Practice Act to review the determination of the respondent Superintendent of the New York Training School for Boys at Warwick, N. Y., which, after hearing, removed petitioner from the position of Education Supervisor of said school and dismissed him from employment at the school. The proceeding upon its return has been transferred to this court by order of Special Term pursuant to section 1296 of the Civil Practice Act. Determination of the Superintendent of the school, here sought to be annulled, unanimously confirmed and the petition dismissed, without costs. Upon this record we find substantial evidence sustaining the determination reviewed (*Matter of Humphrey* v. *State Ins. Fund,* 298 N. Y. 327, 331–332); and no errors of law warranting reversal thereof (*People ex rel. Hirschberg* v. *Board of Supervisors,* 251 N. Y. 156, 160). We may not substitute our judgment for that of the removing officer. (*Matter of Miller* v. *Kling,* 291 N. Y. 65, 69.) Present — Nolan, P. J., Johnston, Adel, Sneed and Wenzel, JJ.

■

In the Matter of PETER H. SCHIEFFER, Appellant, against WILLIAM H. HUSSEY, as Mayor of the City of Mount Vernon, et al., Respondents.— In a proceeding under article 78 of the Civil Practice Act, order, entered on the decision of an Official Referee, after a hearing, dismissing the petition for an order directing the respondent municipal officials to issue a license for the operation of certain amusement devices, unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Carswell, Adel, Sneed and MacCrate, JJ.

■

In the Matter of the Construction of the Will of ANTONIO SIGNAIGO, Deceased. AUGUSTA SIGNAIGO, as Executrix of CARLOTTA L. SIGNAIGO, Deceased Executrix of ANTONIO SIGNAIGO, Deceased, Appellant; JAMES S. BROWN, JR., et al., Respondents; JAMES H. CALLAHAN, as Administrator and Ancillary Administrator of the Estate of JOHN M. SIGNAIGO, Deceased, Respondent-Appellant.— Upon cross appeals from certain portions of a decree of the Surrogate's Court of Kings County construing the will of deceased testator, directing an accounting by the executrix of the deceased executrix and awarding an allowance to the attorney for respondents, decree in all respects unanimously affirmed, with costs to all parties filing briefs, payable out of the estate. No opinion. Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ. [See *post,* p. 858.]